**United States District Court**
**Violation Notice**

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MGH | F5684928 | KOWALSKI | 2630 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 03/01/2026 09:41 AM | 36 CFR 261.58(m) |

Place of Offense

Bearthe Gulch Trailhead

Offense Description: Factual Basis for Charge      HAZMAT ☐

Discharging a firearm

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Matti | Michael | K |

Street Address

███████████████████████

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 2-20010C | MT | 07 | Dodge Grand | Gold |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 300⁰⁰   Forfeiture Amount
+ $50   Processing Fee
**PAY THIS AMOUNT AT →** $ 350.00   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 2601 2nd Ave North Billings, MT 59101 | 05/12/2026 |
| | Time: 02:00AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

*F5684928*

F8 5804 4 (7/2022)

---

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☒ my personal observation      ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/01/2026
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT: Hazardous material involved in incident; PASS= 9 or more passenger vehicle; CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident

CVB SCAN 04/06/2026 15:3

CVB SCAN 04/06/2026 15:3